# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GENE FAWLEY,

    Plaintiff,

vs.                                        CASE NO. 3:06cv72/LAC

ARES GROUP, INC.,

    Defendant.

_____/

## **ORDER OF RECUSAL**

    The undersigned hereby recuses himself from this case.

    **ORDERED** this 24th day of February.

                                  *s/L.A. Collier*
                                  LACEY A. COLLIER
                                  United States District Judge

Dockets.Justia.com